152 P.3d 1236

# SUPREME COURT OF HAWAI'I

Brooks v. Dana Nance & Co. ...... 26736 · 01/31/2007 Denied 113 Hawai'i 406, 153 P.3d 1091